```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                  :
ADONIS PHILP,                                                     :
                                                                  :
                                      Plaintiff,                  :     1:22-cv-4017-GHW
                                                                  :
                        -v -                                      :     ORDER
                                                                  :
SANTANDER CONSUMER USA INC.,                                      :
                                                                  :
                                      Defendant.                  :
                                                                  :
----------------------------------------------------------------- X
```

GREGORY H. WOODS, United States District Judge:

As discussed at the January 31, 2023 conference, the parties' discovery deadlines are extended as follows:

- **Rule 30, 31 Deposition Deadline:** March 17, 2023
- **Fact Discovery Completion Deadline:** April 21, 2023
- **Party-Proponent Expert Disclosure Deadline:** April 21, 2023
- **Party-Opponent Expert Disclosure Deadline:** May 22, 2023
- **Expert Discovery Completion Deadline:** June 19, 2023
- **Deadline to File Motions for Summary Judgment:** July 25, 2023

Additionally, the post-discovery status conference previously scheduled for April 20, 2023, *see* Dkt. No. 93, is adjourned to July 7, 2023 at 3:00 p.m. The conference will be conducted by telephone. The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules. While the Court expects that the July 7, 2023 conference will also serve as the pre-motion conference for any anticipated motions for summary judgment, the parties are directed to file letters requesting a pre-

motion conference no later than June 30, 2023, laying out their proposed grounds for any summary judgment motion that they anticipate filing. *See* Judge Woods's Individual Rules of Practice in Civil Cases 2(C)(i). Finally, a joint status letter must be filed by the parties updating the Court on the status of the case no later than June 30, 2023.

The previously entered case management plan remains in effect except as modified by this order.

SO ORDERED.

Dated: January 31, 2023
      New York, New York

_____
GREGORY H. WOODS
United States District Judge